| | | |
|---|---|---|
| **STEPHANIE LEWIS** | * | **NO. 2022-CA-0409** |
| **VERSUS** | * | |
| | | **COURT OF APPEAL** |
| **STATE NATIONAL** | * | |
| **INSURANCE COMPANY, INC.,** | | **FOURTH CIRCUIT** |
| **D/B/A QEO INSURANCE** | * | |
| **GROUP, DAVID DEGRUY,** | | **STATE OF LOUISIANA** |
| **RICHARD'S DISPOSAL, INC.,** | * * * * * * * | |
| **AND STATE FARM MUTUAL** | | |
| **AUTOMOBILE INSURANCE** | | |
| **COMPANY (IN ITS CAPACITY** | | |
| **AS UN-INSURED/UNDER-** | | |
| **INSURED MOTORIST** | | |
| **CARRIER)** | | |

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2017-11114, DIVISION "E"
Honorable Omar Mason, Judge
* * * * * *
**Judge Daniel L. Dysart**
* * * * * *
**ON APPLICATION FOR REHEARING**

(Court composed of Judge Daniel L. Dysart, Judge Dale N. Atkins, Judge Nakisha Ervin-Knott)

Ryan Gaudet
G. Adam Savoie
DUDLEY DEBOSIER
622 Baronne Street
New Orleans, LA 70113

COUNSEL FOR PLAINTIFF/APPELLEE

John W. Waters, Jr.
David Edward Walle, Esq
BIENVENU FOSTER RYAN & O'BANNON, LLC
1010 Common Street
Suite 2200
New Orleans, LA 70112—2455

Frederic Courtney Fondren
MAYHALL FONDREN BLAIZE
1499 St. Charles Street
Houma, LA 70360
Ronald Lawrence Wilson
ATTORNEY AT LAW
701 Poydras Street
Suite 4100
New Orleans, LA 70139

David A. Strauss
Marco J. Salgado
STRAUSS MASSEY DINNEEN, LLC
935 Gravier Street
Suite 1450
New Orleans, LA 70112

COUNSEL FOR DEFENDANT/APPELLEE

**LIMITED REHEARING GRANTED**
**January 26, 2023**

DLD
DNA
NEK

Appellant's, State National Insurance Company, Inc. ("State National"), Application for Rehearing has been granted for the limited purpose of correcting this Court's December 28, 2022 Opinion ("December Opinion") in this matter. As such, this Supplemental Opinion is necessary to clarify this Court's December Opinion.

The first and final paragraphs of the December Opinion reference the trial court's August 4, 2022 judgment granting Richard's Disposal, Inc. and David DeGruy's Motion for Partial Summary Judgment. However, that judgment was not in front of this Court in this appeal. Rather, State National is appealing the trial court's March 2, 2022 judgment granting Plaintiff's, Stephanie Lewis ("Lewis"), Motion for Partial Summary Judgment.

The December Opinion inadvertently references the incorrect trial court judgment. This Court intended to reverse and remand the trial court's judgment granting Lewis's Motion for Partial Summary Judgment. As such, trial court's

1

March 2, 2022 judgment granting Plaintiff's, Lewis's, Motion for Partial Summary Judgment is hereby reversed and remanded for further proceedings.

**LIMITED REHEARING GRANTED**